UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Cassetica Software, Inc.<br><br>                Plaintiff,<br><br>    v.<br><br><br><br>Triten Corporation<br><br>                Defendant. | No. 11-cv-03444<br><br>Judge: Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge: Hon. Arlander Keys |

## RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Cassetica Software, Inc. hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice.

Plaintiff respectfully submits that it believes no court order is required to effect this dismissal.

Dated: June 21, 2011

Respectfully submitted,

/s/ William W. Flachsbart
William W. Flachsbart
wwf@fg-law.com
Michael R. La Porte
mrl@fg-law.com
Flachsbart & Greenspoon, LLC
333 N. Michigan Ave., Suite 2700
Chicago, IL 60601-3901
Phone: (312)-551-9500
Fax: (312)-551-9500

Attorneys for Plaintiff,
Cassetica Software, Inc.