# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3444 | **DATE** | 6/22/2011 |
| **CASE TITLE** | Cassetica Software, Inc vs. Triten Corporation | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed pursuant to Rule 41(a)(1)(A)(I), voluntarily. Status hearing set for 7/25/2011 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|